UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CHRISTOPHER FAGAN,<br>    Plaintiff,<br><br>v.<br><br>FRANK BISIGNANO,<br>Commissioner of Social Security,<br>    Defendant. | )<br>)<br>)<br>)<br>)   No. 1:25-cv-10791-PGL<br>)<br>)<br>)<br>)<br>) |

**ORDER ENTERING JUDGMENT
UNDER SENTENCE FOUR OF 42 U.S.C. § 405(g) WITH VOLUNTARY REVERSAL
AND REMAND TO THE COMMISSIONER OF SOCIAL SECURITY**

The Court hereby allows Defendant's Motion for Entry of Judgment Under Sentence Four of 42 U.S.C. § 405(g) with Reversal and Remand of the Case to the Defendant. Docket No. 26.

The decision of the Commissioner of Social Security is hereby reversed and remanded to the Commissioner of Social Security for further administrative proceedings.

Upon remand, the Appeals Council shall direct the Administrative Law Judge to:

- further consider the prior administrative medical findings;
- further consider the claimant's residual functional capacity;
- further consider the claimant's alleged symptoms;
- if warranted, obtain supplemental evidence from a vocational expert;
- offer the claimant an opportunity for a hearing;
- take any further action needed to complete the record; and
- issue a new decision.

December 4, 2025

/s/ Paul G. Levenson
PAUL G. LEVENSON
U.S. MAGISTRATE JUDGE